**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE FUHRMAN, as Wrongful Death Heir, and as Successor-in-Interest to RICHARD FUHRMAN, Deceased, and LINDA GARNER, LAURIE LEE SKAHILL, as Legal Heirs of RICHARD FUHRMAN, Deceased,<br><br>            Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>            Defendants. | No. 3:11-cv-05712-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant ASBESTOS CORPORATION LIMITED are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Nov. 17, 2014          By: _/s/ Charles R. Breyer_
                                                    Charles R. Breyer
                                                    United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT ASBESTOS CORPORATION LIMITED