BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE FUHRMAN, as Wrongful Death Heir, and as Successor-in-Interest to RICHARD FUHRMAN, Deceased, and LINDA GARNER, LAURIE LEE SKAHILL, as Legal Heirs of RICHARD FUHRMAN, Deceased,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>　　　　　Defendants. | No. 3:11-cv-05712-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT OWENS-ILLINOIS, INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant OWENS-ILLINOIS, INC. are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: Sept. 18, 2105       By: _____
　　　　　　　　　　　　　　　Charles R. Breyer
　　　　　　　　　　　　　　　United States District Judge